UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Thomas Grassia
                    Plaintiff

V.

Detective Theodore L. Piers et al.
                    Defendants

CIVIL ACTION

NO. 07-11483

## JUDGMENT

Nathaniel M. Gorton,  D. J.

In accordance with the Court's Memorandum and Order dated August 3, 2010 granting Defendants' motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the  Defendants

By the Court,

August 3, 2010
Date

/s/ Craig Nicewicz
Deputy Clerk